No. 548.  VELASCO *v.* RAGEN, WARDEN;
No. 615.  GOOCH *v.* NIERSTHEIMER, WARDEN;
No. 617.  WALKER *v.* RAGEN, WARDEN;

No. 1118. STEWART *v.* RAGEN, WARDEN;
No. 1133. LEVANOWICZ *v.* RAGEN, WARDEN;
No. 1134. JABLONSKI *v.* RAGEN, WARDEN;
No. 1135. NAPUE *v.* RAGEN, WARDEN;
No. 1136. BANKS *v.* RAGEN, WARDEN;
No. 1137. HARP *v.* RAGEN, WARDEN;
No. 1142. WOODS *v.* RAGEN, WARDEN;
No. 1153. ANNUZIO *v.* NIERSTHEIMER, WARDEN;
No. 1156. SINGER *v.* RAGEN, WARDEN;
No. 1164. HAINES *v.* NIERSTHEIMER, WARDEN; and
No. 1173. McGREGOR *v.* RAGEN, WARDEN. April 30, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied. *Dewey Gooch,* petitioner in No. 615, *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent in No. 615.